473 A.2d 691

Commonwealth v. Hannon, Appellant.

Argued February 9, 1983.   John Rogers Carroll, for appellant;  Joseph P. Giovannini, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and CIRILLO, JJ.

Judgment of sentence affirmed.